UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHERWIN S. JOSEPH                                   :

        Plaintiff,                                  :    ORDER

-v.-                                                :
                                                            24 Civ. 1351 (DEH) (GWG)
CRISTIAN JOSE ESCOBAR HERNANDEZ et al;  :

        Defendants.                                 :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The plaintiff's attorney is directed to file a Notice of Appearance in this matter within 14 days.

        The defendants' attorney shall immediately serve a copy of this Order and a copy of all future orders of this Court on plaintiff's attorney. Defendants' attorney shall file proof of service promptly thereafter. The obligations of this paragraph remain in effect until such time as the notice of appearance is filed.

        SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge